STATE OF NEW JERSEY v. ALBERT CALLAWAY.

July 1, 1974. Petition for certification denied.

SYNTHETIC PLASTIC NOVELTIES, INC. v.
SYNTHETIC PLASTICS COMPANY.

July 1, 1974. Petition for certification denied.

MINNIE CANZATER v. FOUR STAR CANDY COMPANY.

July 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM LOUGHRAN.

July 10, 1974. Petition for certification denied. (See 127 N. J. Super. 370).

STATE OF NEW JERSEY v. PAUL J. SHERWIN.

July 10, 1974. Petition for certification denied. (See 127 N. J. Super. 370)

STATE OF NEW JERSEY v. MICHAEL J. MANZO.

July 10, 1974. Petition for certification denied. (See 127 N. J. Super. 370).